UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO.: 4:06-CR-365-VEH-JEO-01 |
| ) | |
| DERRICK DEWAYNE CURRY ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, Derrick Dewayne Curry, by and through undersigned counsel, Glennon F. Threatt, of the law firm of Threatt & Blocton, L.L.C., and respectfully requests that the sentencing hearing in this case, which is currently scheduled for April 18, 2007, be continued to a date that is convenient to the Court and parties. As grounds herein, Defendant states as follows:

1. For reasons known to the Court and with the concurrence of United States Government, the Defendant respectfully requests a continuance for his sentencing.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel on behalf of the Defendant, Derrick Dewayne Curry, hereby respectfully requests that this case be continued to a date that is convenient to the Court and parties.

Respectfully submitted,

 s/ Glennon F. Threatt
Glennon F. Threatt, Esq. (THR011)
Threatt & Blocton, LLC
2 North 20th Street, Suite 920
Birmingham, Alabama 35203
(205) 251-2446
(205) 251-2676 fax

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

                                                      s/ Glennon F. Threatt
                                                     OF COUNSEL