IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 4:06-cr-00365-VEH-JEO |
| | ) |
| DERRICK DEWAYNE CURRY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE
## A RESPONSE UNDER SEAL

The United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, respectfully requests leave of court to file a response to Defendant's motion docketed as document 68-1, under seal.

Respectfully submitted this 17th day of November, 2015.

JOYCE WHITE VANCE
UNITED STATES ATTORNEY

/s/
Praveen Krishna
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, a copy of the foregoing motion has been filed electronically with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

/s/
Praveen Krishna
Assistant United States Attorney