FILED

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Derrick Dewayne Curry | ) Case No:  4:06-CR-365-VEH-JEO-1 |
| | ) USM No:  26034-001 |
| Date of Original Judgment:  August 16, 2007 | ) |
| Date of Previous Amended Judgment: _____ | ) Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ✔ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❏ DENIED.   ✔ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 235 _____ months **is reduced to** _____ 130 _____ months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  August 16, 2007  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: December 28, 2015

**VIRGINIA EMERSON HOPKINS**
United States District Judge